**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:03CR14-V**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **O R D E R** |
| **(3) FREDDY HURTADO** | ) | |
| **a/k/a "FAVI", a/k/a "BOBBY",** | ) | |
| **a/k/a "GABBY",** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____

**THIS MATTER** is before the Court on the Defendant's "Motion For Change Of Venue" filed January 3, 2006. The "United States Response In Opposition To Defendant's *pro se* Motion For Change Of Venue" was filed January 4, 2006. For the reasons stated in the "United States Response In Opposition ... ," the defendant's *pro se* Motion is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the Defendant shall file no further *pro se* motions, unless said motion(s) pertain(s) to representation of counsel (Ms. M. Victoria Jayne), but rather shall allow his attorney, Ms. Jayne, to file future motions, if any, on his behalf.

The Clerk is directed to send copies of this Order to counsel for the parties. Counsel for the Defendant is also directed to send a copy of this Order to Mr. Hurtado, counseling him regarding the Court's requirement that he file no further *pro se* motions unless they are in regard to her representation..

**SO ORDERED**.

**Signed: January 5, 2006**


*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge