IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:03cr14-3-V

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **FREDDY HURTADO** ) | |

**THIS MATTER** is before the Court on its own motion to set a sentencing hearing in the above captioned matter. **IT IS, THEREFORE, ORDERED** that this matter is hereby scheduled for sentencing on **November 6, 2007, at 2:00 p.m.**, in the United States Courthouse in Statesville, North Carolina. **IT IS, FURTHER, ORDERED** that a copy of this Order shall be sent to the Defendant, Defense Counsel, Charles Medlin, United States Attorney, United States Marshal Service, United States Probation Office, and Courtroom Deputy. Absent extraordinary circumstances, there will be no further continuances in this case.

Signed: October 9, 2007

Richard L. Voorhees
United States District Judge